```
    IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

      MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA   )
                           )     CRIMINAL ACTION NO.
    v.                     )        2:14cr132-MHT
                           )            (WO)
CHARLES EDWARD WILLIAMS    )
```

OPINION AND ORDER

This cause is before the court on defendant Charles Edward Williams's motion to continue.  The government does not oppose the motion.  For the reasons set forth below, the court finds that jury selection and trial, now set for January 12, 2015, should be continued pursuant to 18 U.S.C. § 3161(h)(7).

While the granting of a continuance is left to the sound discretion of the trial judge, <u>United States v. Stitzer</u>, 785 F.2d 1506, 1516 (11th Cir. 1986), the court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161.  The Act provides in part:

> "In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an offense shall commence within seventy days from the filing date (and making

> public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs."

18 U.S.C. § 3161(c)(1).  The Act excludes from the 70-day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial."  18 U.S.C. § 3161(h)(7)(A).  In granting such a continuance, the court may consider, among other factors, whether the failure to grant the continuance "would deny counsel for the defendant ... reasonable time necessary for effective preparation, taking into account the exercise of due diligence."  18 U.S.C. § 3161(h)(7)(B)(iv).

The court concludes that, in this case, the ends of justice served by granting a continuance outweigh the interest of the public and Williams in a speedy trial.  Williams's counsel represents that he needs additional time to interview several eyewitnesses; that locating these individuals has proven difficult due to the long

2

passage of time between the date of the alleged incident and Williams's indictment; and that this additional investigation must be conducted before defense counsel can adequately advise Williams. A continuance is therefore warranted to enable Williams's counsel to complete his investigation. In addition, Williams has filed a waiver of his Speedy Trial Act rights.

\* \* \*

Accordingly, it is ORDERED as follows:

(1) Defendant Charles Edward Williams's motion for continuance (doc. no. 19) is granted.

(2) The jury selection and trial, now set for January 12, 2015, are reset for April 6, 2015, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 22nd day of December, 2014.

                               /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**